# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Malek v. New York State Unified Court System        Docket No.: 22-2682

Lead Counsel of Record (name/firm) or Pro se Party (name): Gregg D. Weinstock, Esq., Vigorito Barker Patterson Nichols & Porter LLP

Appearance for (party/designation): Travis Johnson

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect.    See attached caption page with corrections.

**Appellate Designation** is:
( ) Correct
( ) Incorrect.    The following parties do not wish to participate in this appeal:
       Parties: _____
( ) Incorrect.    Please change the following parties' designations:
       Party                                   Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete.    As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Gregg D. Weinstock
Firm: Vigorito, Barker, Patterson, Nichols & Porter, LLP
Address: 300 Garden City Plaza, Suite 100 Garden City, NY 11530
Telephone: 516-282-3355            Fax: 516-908-4960
Email: g.weinstock@vbpnplaw.com

## RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously.    The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.    The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on 11/3/2014    OR that ( ) I applied for admission on _____ or renewal on _____.    If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: s/Gregg D. Weinstock
Type or Print Name: Gregg D. Weinstock

OR

Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.