# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Malek v. New York State Unified Court System   Docket No.: 22-2682

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Adonaid C. Medina

Firm: Vigorito Barker Patteson Nichols & Porter LLP

Address: 115 E. Stevens Avenue, Suite 206, Valhalla, NY 10595

Telephone: 914-495-4805   Fax: 914-627-0122

E-mail: a.medina@vbpnplaw.com

Appearance for: Travis Johnson
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Gregg D. Weinstock/Vigorito Barker Patteson Nichols & Porter LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 11/14/2018   OR

☐ I applied for admission on _____ .

Signature of Counsel: s/Adonaid C. Medina

Type or Print Name: Adonaid C. Medina