UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of November, two thousand and twenty-two.

_____

Robert Malek, In Care of M.M.,            **ORDER**
                                                                       Docket Number: 22-2682

       Plaintiff - Appellant,

v.

NYC Children, A Bogus, Unlawful Entity Claimed By ACS with No Filing With the US Patent and Trademark Office, Jacqueline Williams, Personal and Professional Capacity, Beverly Stanley, In Personal and Professional Capacity, Rosmil Almonte, In Personal and Professional Capacity, Travis Johnson, In Personal and Professional Capacity, City of New York, Administration for Childrens Services,

       Defendants - Appellees,

New York State Unified Court System, New York State Office of Children and Family Services, New York State Office of The Inspector General, Janet DiFiore, Janet Difiore Glazer- In Personal and Professional Capacity, CEO of the NYS Unified Court System, Sheila Poole, In Personal and Professional Capacity, Commissioner of the Office of Children and Family Services, Margaret Ingoglia, Excellence Initiative,

       Defendants.

_____

A notice of appeal was filed on October 12, 2022. The Appellant's Acknowledgment and Notice of Appearance Form due November 4, 2022 has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective November 23, 2022 if the Acknowledgment and Notice of Appearance Form is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court