**UNITED STATES COURT OF APPEALS**
**for the**
**SECOND CIRCUIT**

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of November, two thousand and twenty-two.

_____

Robert Malek, In Care of M.M.,

          Plaintiff - Appellant,

v.

NYC Children, A Bogus, Unlawful Entity Claimed By ACS with No Filing With the US Patent and Trademark Office, Jacqueline Williams, Personal and Professional Capacity, Beverly Stanley, In Personal and Professional Capacity, Rosmil Almonte, In Personal and Professional Capacity, Travis Johnson, In Personal and Professional Capacity, City of New York, Administration for Childrens Services,

          Defendants - Appellees,


New York State Unified Court System, New York State Office of Children and Family Services, New York State Office of The Inspector General, Janet DiFiore, Janet Difiore Glazer- In Personal and Professional Capacity, CEO of the NYS Unified Court System, Sheila Poole, In Personal and Professional Capacity, Commissioner of the Office of Children and Family Services, Margaret Ingoglia, Excellence Initiative,

          Defendants.

_____

**ORDER**
Docket Number: 22-2682

A notice of appeal was filed on October 12, 2022. The filing fee of $505.00 was due to be paid to the district court by November 4, 2022. The case is deemed in default.

Instructions for moving for _in forma pauperis_ status are provided in the Court's instructions entitled "_How to Appeal a Civil Case in the United States Court of Appeals for the Second_

*Circuit*". The manual and the forms required to file the motion are enclosed with this order. They are also available on the Court's website www.ca2.uscourts.gov.

IT IS HEREBY ORDERED that the appeal is dismissed effective November 23, 2022 unless by that date appellant either pays the fee in full, moves for *in forma pauperis* status in district court or, if district court has denied *in forma pauperis* status, moves in this Court for *in forma pauperis* status. If appellant has filed the motion in district court and the motion is pending, appellant must so advise this Court in writing by the same date.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court