ROBERT MALEK

1936 HEMPSTEAD TURNPIKE # 109

EAST MEADOW, N.Y. 11554

718 757 4473 / 929 441 8429

ABC75ABC@GMAIL.COM



11/8/2022

CATHERINE O HAGAN WOLFE

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

THURGOOD MARSHALL U.S. COURTHOUSE

40 FOLEY SQUARE

NY NY 10007

re: docket number 22 - 2682, PREVIOUSLY 21 CV 1230, COMPANION CASE IN EDNY, 22 CV 5416

DEAR MRS. WOLFE,

        HELLO. MY NAME IS ROBERT MALEK, PLANTIFF IN THIS CASE. I AM SORRY TO INFORM YOU THAT LAURA ETLINGER HAS LIED AND DECEIVED YOU. SHE FIRST ATTEMPTED TO GARNER YOUR TRUST BY REFERRING TO YOU AS HONORABLE AND THEN FINISHED OFF WITH THANK YOU FOR YOUR " ASSISTANCE " AND "

" RESPECTFULLY SUBMITTED. "

SADLY, MRS ETLINGER IS YET ANOTHER WALKING GOVERNMENTAL ABSOLUTE IMMUNITY FRAUD WITH A SMILING BROWN NOSED FACE.

THE INSPECTOR GENERAL AND THE EXCELLENCE INITIATIVE WERE IN FACT SERVED. LAURA THE LIAR IS LYING AND NEEDS TO REMOVE HER MAKE UP MIRROR FROM HER

1

POCKETBOOK AND CHECK THE LENGTH OF HER NOSE WITH A TAPE MEASURE.

POSSIBLY " LAURA THE LIAR " WOULD LIKE TO INFORM YOU AND THE REST OF THE WORLD AS TO WHERE ANYWHERE ON PLANET EARTH IS IT WRITTEN TO WHOM SHOULD BE SERVED UPON SUIT OF THESE ENTITES..... VISITING THEIR WEBSITES DO NOT PROVIDE SUCH INFORMATION. OF COURSE, EVERY CORPORATION IN NYS HAS TO HAVE LISTED ON THE GOV WEBSITE THE AGENT FOR SERVICE OF PROCESS. NOT STATE GOVERNMENT ENTITIES THOUGH. WITH THEM, ITS A SECRET SO THEN THEY CAN CLAIM, YOU DIDNT SERVE US. WELL, FIRST YOU HAVE TO PROVE THAT SUCH INFORMATION WAS READILY AVAILABLE TO THE PUBLIC TO KNOW WHO TO SERVE AND WHERE.

MAYBE LAURA THE LONG BROWN NOSED LIAR KNOWS A GOOD PSYCHIC OR PALM READER WHOM I COULD GET THE INFORMATION FROM.

APPARENTLY, LAURA THE LONG BROWN NOSED LIAR SHOULD HAVE WRITTEN HER OCTOBER 31, 2022 LETTER TO YOU NOT AT THE " END OF THE MONTH. "

***HER EMOTIONS MAY HAVE GOTTEN IN THE WAY OF HER CHALLENGED INTELLECT....***

***HER HUBERIS OF YOU DO NOT HAVE PERSONAL JURISDCTION AND <u>YOU CANNOT RULE ADVERSELY TO THEM !!!</u> IS NOTHING MORE THAN DECEPTIVE GOVERNMENT MANIPULATION, INTIMIDATION, FALSE BRAVADO AND HORMONALLY DRIVEN PSYCHOSOMATIC DELUSIONAL INSTABILITY. DONT BE INTIMIDATED BY HER MRS WOLFE. YOU CAN ALWAYS CALL 911.***

*SINCERELY,*

*/s/ Robert Malek*

*ROBERT MALEK*

From: robert malek <abc75abc@gmail.com>
To: "Richter, Marilyn (Law)" <MRichter@law.nyc.gov>, "Luo, Amy" <Amy.Luo@ag.ny.gov>, Gregg Weinstock <G.Weinstock@vbpnplaw.com>
Date: Tue, 8 Nov 2022 22:07:18 -0500
Subject: LAURA STATING IN LETTER SHE IS REPRESENTING WILLIAMS AND STANLEY ?!?!?!
AMY LUO,I THOUGHT YOU WERE........
PLEASE CLARIFY SINCE LAURA CONTRADICTED HERSELF IN HER LETTER IN RELATION TO THE NOTICE OF APPEARANCE SHEET.

SINCERELY,ROBERT MALEK

--- Attachment: LETTER TO APPEALS COURT ABOUT LAURA ETLINGER.pdf ---

From: robert malek <abc75abc@gmail.com>
To: "Luo, Amy" <Amy.Luo@ag.ny.gov>, "Richter, Marilyn (Law)" <MRichter@law.nyc.gov>, Gregg Weinstock <G.Weinstock@vbpnplaw.com>
Date: Tue, 8 Nov 2022 21:59:59 -0500
Subject: AMY ARE YOU THE COUNSEL LAURA IS REFERRING TO IN THIS LETTER ?
IF SO, I AM SERVING MY RESPONSE LETTER. IF NOT OR YOU KNOW WHO, PLEASE ADVISE. ANYONE ELSE KNOW WHO THE COUNSEL IS FOR THIS APPEAL WHOM LAURA IS REFERRING TO ?
THANK YOU, ROBERT MALEK

--- Attachment: LETTER TO APPEALS COURT ABOUT LAURA ETLINGER.pdf ---



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

BARBARA D. UNDERWOOD
SOLICITOR GENERAL
DIVISION OF APPEALS & OPINIONS

October 31, 2022

Hon. Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:   **Malek v. New York State Unified Court System**
             **Docket No. 22-2682**
             **Attachment to Acknowledgement**

Dear Ms. Wolfe:

    I represent a number of the State defendants in the above-referenced appeal. The appeal purports to appeal from, among other things, a partial judgment dismissing a number of the State defendants from the action, including the New York State Unified Court System, the New York State Office of Children and Family Services, Janet DiFiore and Shelia Poole. To the extent plaintiff seeks to appeal the dismissal of these defendants, I represent them on this appeal.

    The New York State Attorney General's Office, however, does not currently represent defendants New York State Office of the Inspector General and the Excellence Initiative. *See* N.Y. Pub. Officers Law § 17(4) (requiring proper service of "summons, complaint, process, notice, demand or pleading" before defendant may request representation from the Office); N.Y. Exec. Law § 63(1). The Office of the Inspector General and the Excellence Initiative were not served with the complaint/amended complaint and thus are not parties to the litigation, notwithstanding that the district court sua sponte dismissed the claims against them. Therefore, this Court lacks

personal jurisdiction over the defendants-appellees and it cannot rule adversely to them.

Thank you for your assistance.

Respectfully submitted,

LAURA ETLINGER
*Assistant Solicitor General*

Cc: Robert Malek
(via mail)
All counsel
(via ECF)

## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Malek v. New York State Unified Court System    Docket No.: 22-2682

Lead Counsel of Record (name/firm) or Pro se Party (name): Laura Etlinger, NY State Office of the Attorney General, The Capitol, Albany, NY 12224

Appearance for (party/designation): Jacqueline Williams, Beverly Stanley, NY State Unified Court System, NY State Office of Children and Family Services, Janet DiFiore, Shelia Poole

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
- ☐ Correct
- ☐ Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
- ☐ Correct
- ☐ Incorrect. The following parties do not wish to participate in this appeal:
  Parties: _____
- ☑ Incorrect. Please change the following parties' designations:
  Party                Correct Designation
  **Please see attached letter**

**Contact Information** for Lead Counsel/Pro Se Party is:
- ☐ Correct
- ☐ Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: _____
Firm: _____
Address: _____
Telephone: _____   Fax: _____
Email: _____

U.S. COURT OF APPEALS
CLERK'S OFFICE
2022 NOV 10 PM 4:50
RECEIVED

### RELATED CASES

☑ This case has not been before this Court previously.
☐ This case has been before this Court previously. The short title, docket number, and citation are: _____

☐ Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: I am not aware of related proceedings before this Court.

### CERTIFICATION

I certify that ☑ I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on Feb. 4, 2021   OR that ☐ I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: **/s/ Laura Etlinger**
Type or Print Name: Laura Etlinger
    OR
Signature of pro se litigant: _____
Type or Print Name: _____
☐ I am a pro se litigant who is not an attorney.
☐ I am an incarcerated pro se litigant.

Case 22-2682, Document 19, 11/10/2022, 3422705, Page8 of 8

PRESS FIRMLY TO SEAL






U.S. POSTAGE PAID
PM
EAST MEADOW, NY
11554
NOV 09, 22
AMOUNT
$13.90
R2304H109628-3

1020    10007



UNITED STATES POSTAL SERVICE

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

7022 1670 0001 4166 7668

- Expected delivery date specified for domestic.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

FROM:

ROBERT MALEK
1936 HEMPSTEAD TPK
EAST MEADOW, NY 115[..]

TO:

ATTN: → CATHERINE O'HAGAN WOLFE
U.S. COURT OF APPEALS
THURGOOD MARSHALL COURTHOUSE
40 FOLEY SQ
N.Y., N.Y. 10007

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED



PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP