## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: **MALEK VS NEW YORK STATE UNIFIED COURT SYSTEM, ET. AL.** Docket No.: **22-2682**

Lead Counsel of Record (name/firm) or Pro se Party (name): **PRO SE, ROBERT MALEK**

Appearance for (party/designation): none

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

Caption as indicated is: **IT SHOULD READ, ROBERT MALEK, ROBERT MALEK CARE OF M.M.**
- [ ] Correct
- [x] Incorrect. See attached caption page with corrections.

Appellate Designation is: **PLEASE SEE ATTACHED, LEDGER NUMBER 137. ONLY THOSE WHOM WERE TERMINATED I AM APPEALING UPON.**
- [ ] Correct
- [x] Incorrect. The following parties do not wish to participate in this appeal:
  Parties: _____
- [ ] Incorrect. Please change the following parties' designations:
  Party — Correct Designation

Contact Information for Lead Counsel/Pro Se Party is:
- [ ] Correct
- [x] Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: **ROBERT MALEK**
Firm: **1936 HEMPSTEAD TURNPIKE # 109**
Address: **EAST MEADOW, NY 11554**
Telephone: **ACSCOMPLAINTS@YAHOO.COM**　　Fax:
Email: **718 757 4473 / 929 441 8429**

### RELATED CASES

- [x] This case has not been before this Court previously.
- [ ] This case has been before this Court previously. The short title, docket number, and citation are: _____
- [ ] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

### CERTIFICATION

I certify that [ ] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that [ ] I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record:
Type or Print Name: **ROBERT MALEK**
OR
Signature of pro se litigant: **/S/ ROBERT MALEK**
Type or Print Name: _____
- [X] I am a pro se litigant who is not an attorney.
- [ ] I am an incarcerated pro se litigant.