CAT



12/5/2022

ROBERT MALEK

1936 HEMPSTEAD TURNPIKE # 109

EAST MEADOW, N.Y. 11554

929 441 8429

ABC75ABC@GMAIL.COM



THURGOOD MARSHALL COURTHOUSE

40 FOLEY SQUARE

NY NY 10007

212 857 8500

RE: STOLEN MONEY ORDER

APPEAL NUMBER 22 - 2682

TO THE CORRUPT 40 FOLEY COURTHOUSE,

HELLO. LAST YEAR, ON CASE 21 CV 5532 I HAVE SHOWN THE EVIDENCE OF MULTIPLE BINDERS STOLEN FROM YOUR COURTHOUSE ALONG WITH RUBY KRAJIC CLAIMING NOTHING AT ALL IS MISSING WHEN MEANWHILE THE PARCELS SIGNED FOR HAVE NEVER MADE IT UPON THE CASE AND LEDGER NUMBERS ARE MISSING.

NOW, ONCE AGAIN, THE THIEVERY CONTINUES WITH THE THEFT OF MY $ 505. DOLLAR MONEY ORDER. PLEASE LOOK INTO THE MATTER AND IF YOU STILL CANNOT FIND THE STOLEN MONEY ORDER, I WILL PROVIDE TO YOU THE EVIDENCE THAT IT WAS BOUGHT AND PROVIDED TO YOU.

SINCERELY,

/s/ Robert Malek

ROBERT MALEK

1936 HEMPSTEAD TURNPIKE # 109

EAST MEADOW, NY 11554

ABC75ABC@GMAIL.COM