**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: December 09, 2022  
Docket #: 22-2682  
Short Title: Malek v. New York State Unified Court System

DC Docket #: 21-cv-1230  
DC Court: NDNY (SYRACUSE)  
DC Judge: Sannes  
DC Judge: Stewart

**CASE STATUS UPDATE NOTICE**

In response to your letter dated December 5, 2022, your appeal is open. Please note the attached copy of the docket sheet. Per Mr. Richard Alcantara, your $505 money was received and sent back to you on November 23, 2022. The payment for your appeal needs to be made to the District Court. Please get in contact with the Northern District of New York on how to submit your payment. Please be sure to submit your Acknowledgment and Notice of Appearance Form and Form D-P as soon as possible.

Inquiries regarding this case may be directed to 212-857-8546.