## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: malek vs new york state unified court system    Docket No.: 22-2682

Lead Counsel of Record (name/firm) or Pro se Party (name): robert malek

Appearance for (party/designation): ME !

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

Caption as indicated is:
- [x] Correct
- [ ] Incorrect. See attached caption page with corrections.

Appellate Designation is:
- [ ] Correct
- [x] Incorrect. The following parties do not wish to participate in this appeal:
  Parties: _____
- [x] Incorrect. Please change the following parties' designations:
  Party                              Correct Designation
  the only parties that should be part of this appeal are
  the northern defendants. not the whole case.

Contact Information for Lead Counsel/Pro Se Party is:
- [ ] Correct
- [x] Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: robert malek
Firm: _____
Address: address confidential
Telephone: 929 441 8429    Fax: _____
Email: abc75abc@gmail.com

### RELATED CASES

- [x] This case has not been before this Court previously.
- [ ] This case has been before this Court previously. The short title, docket number, and citation are: _____

- [ ] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

### CERTIFICATION

I certify that [ ] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that [ ] I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: _____
Type or Print Name: _____
        OR
Signature of pro se litigant: _____
Type or Print Name: _____
- [x] I am a pro se litigant who is not an attorney.
- [ ] I am an incarcerated pro se litigant.

12/13/2022

ROBERT MALEK

1936 HEMPSTEAD TURNPIKE # 109

EAST MEADOW, NY 11554

929 441 8429

ABC75ABC@GMAIL.COM

ACSCOMPLAINTS@YAHOO.COM

US COURT OF APPEALS

THURGOOD MARSHALL

40 FOLEY SQ.

NY NY 10007

**RE: CASE NUMBER 22 - 2682**

**MALEK VS NEW YORK STATE UNIFIED COURT SYSTEM**

       TO THE COURT,

              HERE IS MY PROOF OF SERVICE OF NOTICE OF APPEARANCE.

THANK YOU,

SINCERELY,

    */S/ ROBERT MALEK*

ROBERT MALEK

1

1936 HEMPSTEAD TURNPIKE # 109

EAST MEADOW, NY 11554

ACS COMPLAINTS @YAHOO.COM

929 441 8429

12-13-2022



 

**PRESS FIRMLY TO SEAL**  **PRESS FIRMLY TO SEAL**

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED



# UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

## TRACKED ■ INSURED


PS00001000014
EP14F May 2020
OD: 12 1/2 x 9 1/2


To schedule free Package Pickup,
scan the QR code.
USPS.COM/PICKUP

**FROM:**

ROBERT MALEK
1836 HEMPSTEAD TNPKE
#1A
EAST MEADOW, N.Y. 11554

**TO:**

LAURA ETLINGER
NYS OFFICE OF THE ATTNY
GENERAL
DIV. OF APPEALS + OPINIONS
THE CAPITOL
ALBANY, N.Y. 12224

Case 22-2682, Document 27, 12/15/2022, 3438087, Page4 of 5

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
## Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

New York, NY 10087   OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $4.00 |
| $ | $0.00 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ $0.00 |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $9.90 |
| $ | |
| Total Postage and Fees | $13.90 |
| $ | |

0753
29
22-2682 APPEAL

Postmark
Here

DEC 12 2022
12/12/2022

Sent To: JAMISON DAWES, NYC
Street and Apt. No., or PO Box No.: LAW DEPT., APPEALS DIV. Desk 6-128
City, State, ZIP+4®: 100 Church St., N.Y., N.Y. 10007

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7022 2410 0001 6287 0952