ROBERT MALEK

1936 HEMPSTEAD TURNPIKE # 109

EAST MEADOW, NY 11554

929 441 8429

ACSCOMPLAINTS@YAHOO.COM

US COURT OF APPEALS

THURGOOD MARSHALL

40 FOLEY SQ.

NY NY 10007

**RE: CASE NUMBER 22 - 2682**

**MALEK VS NEW YORK STATE UNIFIED COURT SYSTEM**

**RE: LOST MONEY ORDER FOR $ 505.**

TO THE COURT,

I HAVE NOT RECEIVED THE 505 DOLLARS BACK FROM YOUR COURTHOUSE. I UNDERSTAND YOU HAVE SENT IT TO ME TO BE FORWARDED TO THE NORTHERN DISTRICT. I DONT KNOW WHY YOU COULDNT DO THAT ! IT IS APPARENTLY LOST AND I HAVE TO WAIT 60 DAYS FOR THE POSTAL SERVICE TO ISSUE ANOTHER ONE...WAS THIS SENT TO ME BY MAIL THAT HAD TRACKING, POSSIBLY ?

THANK YOU,

SINCERELY,

1

*/S/ ROBERT MALEK*

ROBERT MALEK

1936 HEMPSTEAD TURNPIKE # 109

EAST MEADOW, NY 11554

ACS COMPLAINTS @YAHOO.COM

929 441 8429

12-14-2022