**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: December 15, 2022
Docket #: 22-2682
Short Title: Malek v. New York State Unified Court System

DC Docket #: 21-cv-1230
DC Court: NDNY (SYRACUSE)
DC Judge: Sannes
DC Judge: Stewart

## NOTICE OF DEFECTIVE FILING

On December 15, 2022, the Acknowledgment and Notice of Appearance Form, on behalf of the Appellant, was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____ Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_____ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
\_\_X\_\_\_ Improper proof of service *(FRAP 25)*
 \_\_X\_\_\_ Missing proof of service – please complete the attached Certificate of Service that the Acknowledgment and Notice of Appearance Form has been served to the Defendant's attorney. The mailing receipts are not sufficient.
  _____ Served to an incorrect address
  _____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____ Failure to submit document in digital format *(Local Rule 25.1)*
_____ Not Text-Searchable *(Local Rule 25.1, Local Rules 25.2),* click here
 for instructions on how to make PDFs text searchable
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Local Rules 25.2)*
_____ Failure to file special appendix *(Local Rule 32.1)*
_____ Defective cover *(FRAP 32)*
  _____ Incorrect caption *(FRAP 32)*
  _____ Wrong color cover *(FRAP 32)*
  _____ Docket number font too small *(Local Rule 32.1)*
_____ Incorrect pagination, click here for instructions on how to paginate PDFs
 *(Local Rule 32.1)*
_____ Incorrect font *(FRAP 32)*
_____ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*

_____	Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
_____	Untimely filing
_____	Incorrect Filing Event
\_\_\_X\_\_\_	Other: Please be sure to fill out the form again and be sure to sign and date at the bottom of the form.

    Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than January 5, 2023. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

    Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8546.