**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: December 15, 2022  DC Docket #: 21-cv-1230
Docket #: 22-2682  DC Court: NDNY (SYRACUSE)
Short Title: Malek v. New York State Unified Court System  DC Judge: Sannes
  DC Judge: Stewart

**CASE STATUS UPDATE NOTICE**

In response to your letter dated December 13, 2022 your appeal is open. Please note the attached copy of the docket sheet. We are not able to forward any checks or money orders to the District court. Please get in contact with Mr. Richard Alcantara for further information regarding your money order, his number is 212-857-8610.

Inquiries regarding this case may be directed to 212-857-8546.