**UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT**

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of January, two thousand and twenty-three.

_____

| | |
|---|---|
| Robert Malek, In Care of M.M., | **ORDER** |
|     Plaintiff - Appellant, | Docket No. 22-2682 |
| v. | |
| NYC Children, A Bogus, Unlawful Entity Claimed By ACS with No Filing With the US Patent and Trademark Office, Jacqueline Williams, Personal and Professional Capacity, Beverly Stanley, In Personal and Professional Capacity, Rosmil Almonte, In Personal and Professional Capacity, Travis Johnson, In Personal and Professional Capacity, City of New York, Administration for Childrens Services, | |
|     Defendants - Appellees, | |
| New York State Unified Court System, New York State Office of Children and Family Services, New York State Office of The Inspector General, Janet DiFiore, Janet Difiore Glazer- In Personal and Professional Capacity, CEO of the NYS Unified Court System, Sheila Poole, In Personal and Professional Capacity, Commissioner of the Office of Children and Family Services, Margaret Ingoglia, Excellence Initiative, | |
|     Defendants. | |

_____

    Appellant's Robert Malek submission of an Acknowledgment and Notice of Appearance Form does not comply with the Court's prescribed filing requirements. Despite due notice, the defect has not been cured.

    IT IS HEREBY ORDERED that the said Acknowledgment and Notice of Appearance Form is stricken from the docket.

> For The Court:
> Catherine O'Hagan Wolfe,
> Clerk of Court

