

1/4/2023

ROBERT MALEK

ABC75ABC@GMAIL.COM

FEDERAL COURT OF APPEALS

40 FOLEY SQUARE

NY NY 10007

RE : 22 -2682

COURT OF APPEALS. HELLO. I DONT HAVE ACCESS TO MAIL AT THIS TIME AND AM REQUESTING YOU CONTACT ME VIA EMAIL AS TO WHAT THE NEXT STEPS ARE FOR ME TO MOVE THIS CASE FORWARD. MY APPEALS CASE PLANNERS NAME IS STEVEN AND I HAVE BEEN UNABLE TO SPEAK WITH HIM AS OF YET. AS SOON AS 60 DAYS PASSES FROM THE ISSUANCE OF THE FIRST MONEY ORDER, THE POSTAL SERVICE WILL ISSUE ME ANOTHER ONE AND I WILL MAIL IT TO NORTHERN DISTRICT ASAP. I CAN INDICATE THE GROUNDS FOR APPEAL IN A FILING FOR INSTANCE. ALSO, WHO ARE THE JUDGES IN MY CASE ?

THANK YOU.

SINCERELY,

/S/ ROBERT MALEK

ROBERT MALEK