**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: January 11, 2023 | DC Docket #: 21-cv-1230 |
| Docket #: 22-2682 | DC Court: NDNY (SYRACUSE) |
| Short Title: Malek v. New York State Unified Court System | DC Judge: Sannes |
| | DC Judge: Stewart |

**CASE STATUS UPDATE NOTICE**

In response to your letter dated January 4, 2023, your appeal is determined. Please note the attached copy of the docket sheet. Please contact your new case manager, Ralph Obas for what is needed to reinstate your appeal. We are not able to contact anyone via e-mail, only through writing. Lastly, there are no judges assigned to your case.

Inquiries regarding this case may be directed to 212-857-8546.