**22-2682**

Robert Malek
1936 Hempstead Turnpike
#109
East Meadow, NY 11554



**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: December 09, 2022
Docket #: 22-2682
Short Title: Malek v. New York State Unified Court System

DC Docket #: 21-cv-1230
DC Court: NDNY (SYRACUSE)
DC Judge: Sannes
DC Judge: Stewart

**CASE STATUS UPDATE NOTICE**

In response to your letter dated December 5, 2022, your appeal is open. Please note the attached copy of the docket sheet. Per Mr. Richard Alcantara, your $505 money was received and sent back to you on November 23, 2022. The payment for your appeal needs to be made to the District Court. Please get in contact with the Northern District of New York on how to submit your payment. Please be sure to submit your Acknowledgment and Notice of Appearance Form and Form D-P as soon as possible.

Inquiries regarding this case may be directed to 212-857-8546.

# General Docket
# Court of Appeals, 2nd Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 22-2682<br>**Nature of Suit:** 3440 CIVIL RIGHTS-Other<br>Malek v. New York State Unified Court System<br>**Appeal From:** NDNY (SYRACUSE)<br>**Fee Status:** due | **Docketed:** 10/12/2022 |

**Case Type Information:**
1) Civil
2) Private
3) -

**Originating Court Information:**
**District:** 0206-5 : 21-cv-1230
**Trial Judge:** Brenda Kay Sannes, U.S. District Judge
**Trial Judge:** Daniel J. Stewart, U.S. Magistrate Judge
**Date Filed:** 11/15/2021

| Date Order/Judgment: | Date Order/Judgment EOD: | Date NOA Filed: | Date Rec'd COA: |
|---|---|---|---|
| 09/09/2022 | 09/09/2022 | 10/06/2022 | 10/12/2022 |

**Prior Cases:**
None

**Current Cases:**
None

**Panel Assignment:** Not available

| | |
|---|---|
| Robert Malek, In Care of M.M.<br>Plaintiff - Appellant | Robert Malek, -<br>**Terminated:** 10/21/2022<br>Direct: 929-441-8429<br>[NTC Pro Se]<br>2609 East 14th Street<br>Apt. 304<br>Brooklyn, NY 11235<br><br>Robert Malek, -<br>[NTC Pro Se]<br>1936 Hempstead Turnpike<br>#109<br>East Meadow, NY 11554 |

-----------------------------

| | |
|---|---|
| NYC Children, A Bogus, Unlawful Entity Claimed By ACS with No Filing With the US Patent and Trademark Office<br>    Defendant - Appellee | Jamison Davies, -<br>Direct: 212-356-2490<br>[COR NTC Government]<br>New York City Law Department<br>Appeals Division<br>Room 6-178<br>100 Church Street<br>New York, NY 10007<br><br>Sylvia Hinds-Radix, Esq., Corporation Counsel<br>**Terminated:** 11/07/2022<br>Direct: 212-356-0800<br>[COR NTC Government]<br>New York City Law Department<br>100 Church Street<br>New York, NY 10007 |
| Jacqueline Williams, Personal and Professional Capacity<br>    Defendant - Appellee | Laura Etlinger, Esq., Assistant Solicitor General<br>Direct: 518-776-2028<br>[COR NTC Government]<br>New York State Office of the Attorney General<br>Division of Appeals & Opinions<br>The Capitol<br>Albany, NY 12224<br><br>Barbara D. Underwood, -<br>**Terminated:** 10/31/2022<br>[COR NTC Government]<br>New York State Office of the Attorney General<br>28 Liberty Street<br>New York, NY 10005 |
| Beverly Stanley, In Personal and Professional Capacity<br>    Defendant - Appellee | Laura Etlinger, Esq., Assistant Solicitor General<br>Direct: 518-776-2028<br>[COR NTC Government]<br>(see above)<br><br>Barbara D. Underwood, -<br>**Terminated:** 10/31/2022<br>[COR NTC Government]<br>(see above) |
| Rosmil Almonte, In Personal and Professional Capacity<br>    Defendant - Appellee | Jamison Davies, -<br>Direct: 212-356-2490<br>[COR NTC Government]<br>(see above)<br><br>Sylvia Hinds-Radix, Esq., Corporation Counsel<br>**Terminated:** 11/07/2022 |

|  |  |
|---|---|
|  | Direct: 212-356-0800<br>[COR NTC Government]<br>(see above) |
| Travis Johnson, In Personal and Professional Capacity<br>Defendant - Appellee | Adonaid Casado Medina, Esq., -<br>Direct: 914-495-4805<br>[COR NTC Retained]<br>Vigorito, Barker, Patterson, Nichols & Porter, LLP<br>Suite 200<br>115 East Stevens Aveue<br>Valhalla, NY 10595<br><br>Gregg Douglas Weinstock, Attorney<br>Direct: 516-282-3355<br>[COR NTC Retained]<br>Vigorito, Barker, Patterson, Nichols & Porter, LLP<br>Suite 308<br>300 Garden City Plaza<br>Garden City, NY 11530 |
| City of New York<br>Defendant - Appellee | Jamison Davies, -<br>Direct: 212-356-2490<br>[COR NTC Government]<br>(see above)<br><br>Sylvia Hinds-Radix, Esq., Corporation Counsel<br>**Terminated:** 11/07/2022<br>Direct: 212-356-0800<br>[COR NTC Government]<br>(see above) |
| Administration for Childrens Services<br>Defendant - Appellee | Jamison Davies, -<br>Direct: 212-356-2490<br>[COR NTC Government]<br>(see above)<br><br>Sylvia Hinds-Radix, Esq., Corporation Counsel<br>**Terminated:** 11/07/2022<br>Direct: 212-356-0800<br>[COR NTC Government]<br>(see above) |
| New York State Unified Court System<br>Defendant |  |

| |
|---|
| New York State Office of Children and Family Services <br>        Defendant <br><br> New York State Office of The Inspector General <br>        Defendant <br><br> Janet DiFiore, Janet Difiore Glazer- In Personal and Professional Capacity, CEO of the NYS Unified Court System <br>        Defendant <br><br> Sheila Poole, In Personal and Professional Capacity, Commissioner of the Office of Children and Family Services <br>        Defendant <br><br> Margaret Ingoglia <br>        Defendant <br><br> Excellence Initiative <br>        Defendant |

| |
|---|
| Robert Malek, In Care of M.M., <br><br>        Plaintiff - Appellant, <br><br> v. <br><br> NYC Children, A Bogus, Unlawful Entity Claimed By ACS with No Filing With the US Patent and Trademark Office, Jacqueline Williams, Personal and Professional Capacity, Beverly Stanley, In Personal and Professional Capacity, Rosmil Almonte, In Personal and Professional Capacity, Travis Johnson, In Personal and Professional Capacity, City of New York, Administration for Childrens Services, <br><br>        Defendants - Appellees, <br><br> New York State Unified Court System, New York State Office of Children and Family Services, New York State Office of The Inspector General, Janet DiFiore, Janet Difiore Glazer- In Personal and Professional Capacity, CEO of the NYS Unified Court System, Sheila Poole, In Personal and Professional Capacity, Commissioner of the Office of Children and Family Services, Margaret Ingoglia, Excellence Initiative, <br><br>        Defendants. |

| |
|---|
| 10/12/2022    ☐   1 |

| Date | Doc # | Description |
|---|---|---|
| | 61 pg, 903.26 KB | NOTICE OF CIVIL APPEAL, with district court docket, on behalf of Appellant Robert Malek, FILED. [3405752] [22-2682] [Entered: 10/21/2022 05:15 PM] |
| 10/12/2022 | 2<br>29 pg, 192.83 KB | DISTRICT COURT MEMORANDUM-DECISION AND ORDER, dated 09/09/2022, RECEIVED.[3405753] [22-2682] [Entered: 10/21/2022 05:19 PM] |
| 10/12/2022 | 3<br>2 pg, 127.69 KB | DISTRICT COURT JUDGMENT, dated 09/09/2022, RECEIVED. [3405754] [22-2682] [Entered: 10/21/2022 05:20 PM] |
| 10/12/2022 | 4<br>19 pg, 249.91 KB | ELECTRONIC INDEX, in lieu of record, FILED.[3405755] [22-2682] [Entered: 10/21/2022 05:21 PM] |
| 10/12/2022 | 5<br>1 pg, 93.48 KB | INSTRUCTIONAL FORMS, to Pro Se litigant, SENT.[3405756] [22-2682] [Entered: 10/21/2022 05:22 PM] |
| 10/31/2022 | 7<br>2 pg, 96.04 KB | NOTICE OF APPEARANCE AS SUBSTITUTE COUNSEL, on behalf of Appellee Jacqueline Williams and Beverly Stanley, FILED. Service date 10/31/2022 by US mail. [3410684] [22-2682] [Entered: 10/31/2022 01:11 PM] |
| 10/31/2022 | 8 | ATTORNEY, Laura Etlinger, [7], in place of attorney Barbara D. Underwood, SUBSTITUTED.[3410825] [22-2682] [Entered: 10/31/2022 03:43 PM] |
| 11/01/2022 | 9<br>4 pg, 250.11 KB | ACKNOWLEDGMENT AND NOTICE OF APPEARANCE, on behalf of Appellee Beverly Stanley and Jacqueline Williams, FILED. Service date 11/01/2022 by CM/ECF, US mail.[3411379] [22-2682] [Entered: 11/01/2022 11:24 AM] |
| 11/07/2022 | 10<br>1 pg, 93.11 KB | NOTICE, to Appellees Administration for Childrens Services, Rosmil Almonte, City of New York, Travis Johnson and NYC Children, for failure to file an appearance, SENT.[3415115] [22-2682] [Entered: 11/07/2022 11:14 AM] |
| 11/07/2022 | 11<br>2 pg, 209.32 KB | NOTICE OF APPEARANCE AS SUBSTITUTE COUNSEL, on behalf of Appellee Administration for Childrens Services, Rosmil Almonte, City of New York and NYC Children, FILED. Service date 11/07/2022 by US mail. [3415168] [22-2682] [Entered: 11/07/2022 11:43 AM] |
| 11/07/2022 | 12 | ATTORNEY, Jamison Davies, [11], in place of attorney Sylvia Hinds-Radix, SUBSTITUTED.[3415177] [22-2682] [Entered: 11/07/2022 11:49 AM] |
| 11/08/2022 | 13<br>1 pg, 78.37 KB | ACKNOWLEDGMENT AND NOTICE OF APPEARANCE, on behalf of Appellee Travis Johnson, FILED. Service date 11/08/2022 by CM/ECF.[3416201] [22-2682] [Entered: 11/08/2022 12:54 PM] |
| 11/08/2022 | 14<br>1 pg, 60.72 KB | NOTICE OF APPEARANCE AS ADDITIONAL COUNSEL, on behalf of Appellee Travis Johnson, FILED. Service date 11/08/2022 by CM/ECF. [3416206] [22-2682] [Entered: 11/08/2022 12:56 PM] |

| Date | Doc # | Description |
|---|---|---|
| 11/08/2022 | 15 | ATTORNEY, Adonaid Casado Medina for Travis Johnson, in case 22-2682, [14], ADDED.[3416229] [22-2682] [Entered: 11/08/2022 01:08 PM] |
| 11/09/2022 | 16<br>2 pg, 137.23 KB | ORDER, dated 11/09/2022, dismissing appeal by 11/23/2022, unless Appellant Robert Malek, submits an Acknowledgment and Notice of Appearance Form, copy to pro se appellant, FILED.[3417558] [22-2682] [Entered: 11/09/2022 04:25 PM] |
| 11/09/2022 | 17<br>1 pg, 137.04 KB | ORDER, dated 11/09/2022, dismissing appeal by 11/23/2022, unless Appellant Robert Malek, submits Form D-P, copy to pro se appellant, FILED.[3417561] [22-2682] [Entered: 11/09/2022 04:28 PM] |
| 11/09/2022 | 18<br>2 pg, 165.55 KB | ORDER, dated 11/09/2022, dismissing appeal by 11/23/2022, unless Appellant Robert Malek, submits fee or moves to proceed in forma pauperis, copy to pro se appellant, FILED.[3417565] [22-2682] [Entered: 11/09/2022 04:32 PM] |
| 11/10/2022 | 19<br>8 pg, 204.97 KB | LETTER, dated 11/09/2022, on behalf of Appellant Robert Malek, informing the Clerk of perceived errors on behalf of counsel for the State Appellees, RECEIVED. Service date 11/09/2022 by US mail. [3422705] [22-2682] [Entered: 11/18/2022 01:31 PM] |
| 11/23/2022 | 22 | ACKNOWLEDGMENT AND NOTICE OF APPEARANCE FORM, on behalf of Party Robert Malek, FILED. Service date 11/23/2022 by US mail.[3426155] [22-2682] [Entered: 11/23/2022 07:44 PM] |
| 11/23/2022 | 23<br>2 pg, 148.78 KB | DEFECTIVE DOCUMENT, Acknowledgment and Notice of Appearance Form, [22], on behalf of Appellant Robert Malek, copy to pro se appellant, FILED.[3426156] [22-2682] [Entered: 11/23/2022 07:46 PM] |
| 12/07/2022 | 25<br>2 pg, 89.79 KB | LETTER, dated 12/05/2022, on behalf of Appellant Robert Malek, informing the that money order has been stolen and would like the Court to locate the money order, RECEIVED. Service date 12/05/2022 by US mail.[3434209] [22-2682] [Entered: 12/09/2022 01:52 PM] |
| 12/09/2022 | 26<br>1 pg, 92.99 KB | NOTICE, Case Status, SENT.[3434210] [22-2682] [Entered: 12/09/2022 01:52 PM] |

Select All | Clear All

☉ **Documents and Docket Report**
○ **Documents and Docket Summary**
○ **Documents Only**

☑ **Include Page Numbers**

Selected Pages: 0      Selected Size: 0 KB

View Selected

## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title:_____Docket No.:_____

Lead Counsel of Record (name/firm) or Pro se Party (name):_____

_____

Appearance for (party/designation): none _____

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(☐) Correct
(☐) Incorrect.  See attached caption page with corrections.

   **Appellate Designation** is:
(☐) Correct
(☐) Incorrect.  The following parties do not wish to participate in this appeal:
     Parties: _____
(☐) Incorrect.  Please change the following parties' designations:
     Party                                        Correct Designation


**Contact Information** for Lead Counsel/Pro Se Party is:
(☐) Correct
(☐) Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name:_____
Firm:_____
Address:_____
Telephone:_____ Fax:_____
Email:_____

## RELATED CASES

(☐) This case has not been before this Court previously.
(☐) This case has been before this Court previously.   The short title, docket number, and citation are:_____

(☐) Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (☐) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that (☐) I applied for admission on_____or renewal on _____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record:_____
Type or Print Name:_____
     OR
Signature of pro se litigant: _____
Type or Print Name:_____
(☐) I am a pro se litigant who is not an attorney.
(☐) I am an incarcerated pro se litigant.

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

_____

v.

**CERTIFICATE OF SERVICE***

Docket Number: _____

_____

I, _____, hereby certify under penalty of perjury that
          (print name)

on _____, I served a copy of _____
    (date)

(list all documents)

by (select all applicable)**

___ Personal Delivery     ___ United States Mail     ___ Federal Express or other Overnight Courier

___ Commercial Carrier     ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

_____          _____
Today's Date                                                       Signature

Certificate of Service Form (Last Revised 12/2015)

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D-P)
## FOR PRO SE APPELLANTS

A PRO SE APPELLANT MUST FILE THE ORIGINAL OF THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY APPELLANT | | |
|---|---|---|
| CASE TITLE | DISTRICT | DOCKET NUMBER |
| | JUDGE | APPELLANT |
| | COURT REPORTER | PRO SE APPELLANT |

| | |
|---|---|
| Check the applicable provision:<br>☐ I am ordering a transcript.<br>☐ I am not ordering a transcript.<br><br>Reason for not ordering a transcript:<br>☐ Copy is already available<br>☐ No transcribed proceedings<br>☐ Other (Specify in the space below): | PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED (*i.e.*, oral argument, order from the bench, etc.) |
| | METHOD OF PAYMENT   ☐ Funds   ☐ CJA Voucher (CJA 21) |
| INSTRUCTIONS TO COURT REPORTER:<br>☐ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS<br>☐ PREPARE TRANSCRIPT OF TRIAL<br>☐ PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS<br>☐ OTHER (Specify in the space below): | DELIVER TRANSCRIPT TO: (APPELLANT'S NAME, ADDRESS, TELEPHONE) |

If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| APPELLANT'S SIGNATURE | DATE |
|---|---|
| | |

COURT REPORTER ACKNOWLEDGMENT: This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| SIGNATURE OF COURT REPORTER | | DATE |

Revised June, 2017

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

_____

**CERTIFICATE OF SERVICE***

v.

Docket Number: _____

_____

I,_____, hereby certify under penalty of perjury that
          (print name)

on _____, I served a copy of _____
    (date)

(list all documents)

by (select all applicable)**

___ Personal Delivery     ___ United States Mail     ___ Federal Express or other Overnight Courier

___ Commercial Carrier     ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|------|---------|------|-------|----------|
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

_____          _____
     Today's Date                                        Signature

Certificate of Service Form (Last Revised 12/2015)

UNITED STATES COURT OF APPEALS
UNITED STATES COURTHOUSE
FOLEY SQUARE
NEW YORK, NY 10007

OFFICIAL BUSINESS



USM SDNY
USM SDNY



NIXIE        061    CC 1           0203/22/23
           RETURN TO SENDER
      NOT DELIVERABLE AS ADDRESSED
           UNABLE TO FORWARD

BC: 10007156199    0060N081160-01597